**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CANTOR COLBURN, LLP; PETER R. HAGERTY; CHARLES F. O'BRIEN; MICHAEL RYE<br><br>Defendants. | ) | Case No. 1:17-cv-01523-LJM-DKL |

**PLAINTIFF CONTINENTAL CASUALTY NOTICE OF RELATED ACTIONS**

Pursuant to Local Rule 40-1(d), Plaintiff Continental Casualty Company files this Notice of Related Actions. This case is related to two other actions pending in this Court, *In re Method of Processing Ethanol Byproducts and Related Subsystems ('858) Patent Litigation*, No. 1:10-cv-00180-LJM-DML (the "MDL Litigation"), and, *GS CleanTech Corporation v. Adkins Energy LLC*, No. 1:10-cv-4391 (N.D. Ill.) (the "Adkins Litigation"), which are pending before Judge Larry J. McKinney. This action concerns the availability of insurance coverage for various sanctions motions that have been filed in the MDL Litigation (Doc. No. 1659) and the Adkins Litigation (Doc. No. 707) against Cantor Colburn, LLP and several attorneys at Cantor Colburn, LLP.

Respectfully submitted,

Dated: May 9, 2017

By: /s/ Peter S. French
Peter S. French, Attorney No. 16716-49
One American Square, Suite 2300
Indianapolis, IN 46282
Telephone: (317) 632-3232
Facsimile: (317) 632-2962
pfrench@beneschlaw.com

*Of Counsel*:
Richard A. Simpson
Marc E. Rindner
Leland H. Jones IV
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

*Attorneys for Plaintiff Continental Casualty Company*